UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kathleen A. Johnson,

        Plaintiff,

vs.

Michael J. Astrue,[1] Commissioner
of Social Security,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 06-3213 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Plaintiff's Motion [Docket No. 12] for Summary Judgment is denied.

    2.    That the Defendant's Motion [Docket No. 15] for Summary Judgment is granted.

DATED: August 3, 2007
At Minneapolis, Minnesota

s / Michael J. Davis
Michael J. Davis, Judge
United States District Court

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security, and pursuant to Rule 25(d)(1), Federal Rules of Civil Procedure, we have substituted him as the named Defendant.